# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 30, 2008

Charles R. Fulbruge III
Clerk

No. 07-51144
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

JOSE ROBERTO AVALOS-PEREZ, also known as Roberto Avalos-Melgar

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:07-CR-698-1

Before REAVLEY, JOLLY, and GARZA, Circuit Judges.

PER CURIAM:[*]

Appealing the Judgment in a Criminal Case, Jose Roberto Avalos-Perez raises arguments that are foreclosed by Almendarez-Torres v. United States, 523 U.S. 224, 235 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. United States v. Pineda-Arrellano, 492 F.3d 624, 625 (5th Cir. 2007), cert. denied, 128 S. Ct. 872 (2008).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.